**Attachment A**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

FILED
JAN 30 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

Andrina Frances Wells
13691-058
S.F.F. Hazelton PO Box 3000
Bruceton Mills, WV 26525,
(Full name under which you were convicted, prison number, place of confinement, and full mailing address)

Petitioner,

vs.

Ray (warden),
(Name of Warden or other authorized person where you are incarcerated)

Respondent.

**Petition for Habeas Corpus Pursuant to 28 U.S.C. § 2241**

Civil Action No. 3:23-cv-17
(to be assigned by Clerk)

Groh | Trumble | Sims

**Important notes to read before completing this form:**

★ Please read the entire petition **before** filling it out. Answer **only** those questions which pertain to your claim(s).

---

1. This petition concerns (check the appropriate box):

- ☐ a conviction
- ☐ a sentence
- ☑ jail or prison conditions
- ☐ prison disciplinary proceedings
- ☐ a parole problem
- ☐ other, state briefly: ______

**Attachment A**

2. Are you represented by counsel? ☐ Yes ☑ No

If you answered yes, list your counsel's name and address:

3. List the name and location of the court which imposed your sentence:

4. List the case number, if known:

5. List the nature of the offense for which the sentence was imposed:
28 USC 1206 (1) & 28 USC 1206 (2)
obstruction of justice

6. List the date each sentence was imposed and the terms of the sentence:
October 25, 2021
70 months / supervision probation 1 yr.

7. What was your plea to each count? (Check one)

☑ Guilty
☐ Not Guilty
☐ Nolo Contendere

**Attachment A**

8. If you were found guilty after a plea of not guilty, how was that finding made?

   ☐ A jury
   ☐ A Judge without a jury
   ☐ A Magistrate Judge without a jury

9. Did you appeal from the judgment of conviction or imposition of the sentence?

   ☐ Yes ☑ No

10. If you did appeal, give the following information for each appeal:

   A. Name of Court: ______
   B. Result: ______
   C. Date of Result: ______
   D. Grounds raised (List each one): ______

   N/A

   Note: if you filed an appeal in more than one court, attach an additional sheet of paper of the same size and give all of the information requested in Question 10, A through D.

11. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal? This is called a post-conviction pleading.

   ☐ Yes ☑ No

   If your answer was yes, complete the following sections:

   A. First post-conviction proceeding:
      1. Name of Court: N/A

**Attachment A**

2. Nature of Proceeding: ______
3. Grounds Raised: ______
4. Did you receive an evidentiary hearing ? ☐ Yes ☑ No
5. Result: ______
6. Date of Result: ______

B. Second post-conviction proceeding:
1. Name of Court: ______
2. Nature of Proceeding: ______
3. Grounds Raised: ______
4. Did you receive an evidentiary hearing ? ☐ Yes ☑ No
5. Result: ______
6. Date of Result: ______

C. Did you appeal to the result of the post conviction proceeding(s) to the highest court having jurisdiction?
1. First proceeding: ☐ Yes ☑ No Result: ______
2. Second proceeding: ☐ Yes ☑ No Result: ______

D. If you did not appeal the adverse result of the post-conviction proceeding(s), explain briefly why not: ______

12. For your information, the following is a list of the most frequently raised grounds for relief in applications for habeas corpus pursuant to 28 U.S.C. §2241. You may raise any grounds which you may have other than those listed. However, in this application, you should raise all available grounds on which you base your petition. **Do not check** any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. **The petition will be returned to you if you merely check one or more of the grounds:**

A. U.S. Parole Commission unlawfully revoked my parole.
B. Federal Bureau of Prisons unlawfully computed my sentence.

Case 5:22-CV00307

**Attachment A**

C. Federal Bureau of Prisons unlawfully denied me credit for time served in state or federal prison.

D. Federal Bureau of Prisons or State prison system unlawfully revoked my good time credits.

E. There is an unlawful detainer lodged against me.

F. I am a citizen and resident of a foreign country and I am in custody for an act which I had a right to commit under the laws of my country.

G. The act for which I was convicted is no longer considered to be a crime, and I cannot raise this issue in a §2254 petition or a §2255 motion.

**CAUTION: if you fail to set forth all of the grounds in this petition at this time, you may be barred from presenting additional grounds at a later date.**

State clearly every ground on which you are seeking relief. Summarize briefly the facts supporting each ground. If necessary, attach a total of five (5) typed or ten (10) neatly printed pages maximum for all grounds and all attachments.

I completed grounds and forward Attachments

A. Ground one: First Step Act - compassion Release Already. P.S. 5050.50. I completed Administrative Remedies under timely extention. I completed and F.S.A - Time credit in reference to programing and Low Recidivism

Supporting facts: tell your story briefly without citing cases or law. You are cautioned that you must state facts, not conclusion, in support of your grounds. A "rule of thumb" to follow is this: who did exactly what to violate your rights at what time and place).

Low Recidivism and I was diagnose - digital x-ray enlarge heart period of time showering cold water. my out date had change because of First Step Act and Compassionate Release Statute are implementation same purpose. scope

B. Ground two:

JPB - JPM

**Attachment A**

All the proof are within the Motion I provided the courts with several pages of material of Attachment. Female copies I will provide the Federal Courts

Supporting facts:
my Medical Records - Proof Medical Records I provided to you all as Prima Facie and African American woman

C. Ground three:
First Step Act I qualified for they took they (2) months I qualified for placed it to end of my sentence. I had to provide disposition from state Courts in Charlotte NC in August and th community corrections correct the pending charges. my unit team havent

Supporting facts:
I am Low Recidivism I have computation sheets that states my FTC date Apr. 2024 now it state June 2024. Because of their actions (APA) Administration Procedure Act

D. Ground four:
I graduated transistion from F.I.T. program that is F.S.A. program exonerate length off my sentence my C.C.C. / Half way house violating my constitution Rights because my case manager Lakes are holding me beyond my 10% RRC/CCC date. She have requirement force four weeks I have provided Bryan Prairie TX a letter of response to fix my FSA

**Attachment A**

Supporting facts: I have document to complete collateral Attack & green cards.

13. Were all of the above grounds presented to another court, state or federal? If not, state which grounds were not presented. If yes, state the name of the court, date of decision, and the nature of the outcome: I have not this court is the onlyone Because Jan. 31, 2022 is when I arrived to federal confined Jurisdiction. mandamus I completed a motion this is a off line.

14. If this petition concerns prison disciplinary proceedings, a parole problem, computation of sentence, or other case under 28 U.S.C. § 2241, answer the following questions:

A. Did you present the facts in relation to your present petition in the prison's internal grievance procedure?

☑ Yes ☐ No

1. If your answer to "A" above was yes, what was the result: They continued to delay the Administrative Remedy. I provided courts with the Administrative Remedy. First Step Act / compassionate Release

Attachment A

2. If your answer to "A" above was no, explain:

B. If you are a federal prisoner, did you present your claim to the Bureau of Prisons or other federal agency for administrative action?

☑ Yes ☐ No

1. If your answer to "B" above was yes, what was the result: They continued to delay and stated I did not qualify and retaliatory methods, legal mail Print mail.

2. If your answer to "B" above was no, explain:

15. Relief: State here, as briefly as possible, exactly what you want the court to do for you:

1. Make **no** legal arguments.
2. Cite **no** cases or statutes.

991 days of credits and Fix my First Step Act Credits/Low Recidivism.
(1) one million dollars

**Attachment A**

16. If a previous motion to vacate or modify a prisoner's sentence, pursuant to Section 2255, was not filed, or if such a motion was filed and denied, the reasons why Petitioner's remedy by way of Section 2255 is inadequate or ineffective to test the legality of the detention.

N/A

Signed this 25 (day) day of December (month), 2022 (year).

Your Signature

Signature of Attorney (if any)

I declare (or certify, verify, or state), under penalty of perjury, that the foregoing is true and correct.

Date of Signature: December 25 2022

Your Signature

**Attachment D**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

Andrivia Frances Wells

*Your full name*

v. Civil Action No.: 5:22 CV307

Ray (warden) SFF-Hazelton
Lovette (complex warden)
S. Brown (Asst warden)

*Enter above the full name of respondent in this action*

**Certificate of Service**

I, AndriviaF.Wells (your name here), appearing *pro se*, hereby certify that I have served the foregoing Andrivia Frances Wells (title of document being sent) upon the respondent by depositing true copies of the same in the United States mail, postage prepaid, upon the following counsel of record for the respondent on __________ (insert date here):

(List name and address of counsel for respondent)

[signature]
(sign your name)